**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED

OCT 09 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 2:25-CR-77-DLB-CJS
18 U.S.C. § 922(g)(1)

TYLER BUTLER

* * * * *

**THE GRAND JURY CHARGES:**

On or about August 22, 2025, in Boone County, in the Eastern District of Kentucky,

**TYLER BUTLER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith and Wesson, M&P, 9mm pistol, bearing S/N NEY9343, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in this Indictment, **TYLER BUTLER** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. §

§§ 922 and 924. Any and all interest that **TYLER BUTLER** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

    2. The property to be forfeited includes, but is not limited to, the following:

        a. A Smith and Wesson, M&P, 9mm pistol, bearing S/N NEY9343; and

        b. All associated ammunition.

**A TRUE BILL**

**FOREPERSON**

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed items.